Law Offices of
# Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

March 1, 2019

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas St
White Plains, NY 10601

RE:    Alyssa C. Berkowitz and Douglas M. Berkowitz
       Chapter 13
       Case Number: 18-23363
       SD&B File Number: 12-021017

Dear Judge Drain:

Please allow this letter to confirm that the Objection to Confirmation filed in the above bankruptcy case by PHH Mortgage Corporation [*ECF.* Doc. No. 9] has been withdrawn. The debtor has filed an Amended Chapter 13 Plan [*ECF.* Doc. No. 12] that accounts for the pre-petition arrears included in PHH's timely-filed Proof of Claim.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

/s/ Alexandros Tsionis
Alexandros E. Tsionis
Bankruptcy Attorney

cc:    Debtors
       Alyssa C. Berkowitz
       27 Aspen Road
       Sloatsburg, NY 10974

       Douglas M. Berkowitz
       27 Aspen Road
       Sloatsburg, NY 10974

Attorney for Debtor
Todd S. Cushner, Esq.
Cushner & Associates, P.C.
399 Knollwood Road
Suite 205
White Plains, NY 10603

Trustee
Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014