Todd S. Cushner, Esq.  
Cushner & Associates, P.C.  
*Attorneys for the Debtor*  
399 Knollwood Road, Suite 205  
White Plains, New York 10603  
(914) 600-5502 / (914) 600-5544  
todd@CushnerLegal.com

**PRESENTMENT DATE: MAY 19, 2022**  
**PRESENTMENT TIME: 9:00 AM**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE:

ALYSSA BERKOWITZ &
DOUGLAS BERKOWITZ,

                DEBTORS.

CHAPTER 13

CASE NO. 18-23363-CGM

-----------------------------------------------------------X

## NOTICE OF PRESENTMENT OF ORDER APPROVING PERMANENT LOAN MODIFICATION AGREEMENT BETWEEN THE DEBTORS AND GREGORY FUNDING, LLC, SERVICING AGENT FOR BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE** that upon the annexed application of Todd S. Cushner, Esq. the undersigned will present the annexed proposed Order to the court, seeking approval for Debtors to enter into a permanent loan modification agreement with Creditor, Gregory Funding, LLC, servicing agent for Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, by its attorney-in-fact, Schiller, Knapp, Lefkowitz & Hertzel, LLP to the Honorable Cecelia G. Morris, United States Bankruptcy Judge, Southern District of New York, for signature on **MAY 19, 2022.**

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least seven (7) days before the date of presentment, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the ECF docket number to which the filing relates shall be included in the upper right-hand corner of the caption of all objections.

Dated: White Plains, New York
May 2, 2022

Respectfully submitted,

By: *Todd S. Cushner*
Todd S. Cushner, Esq.
*Attorney for Debtor*
Cushner & Associates, P.C.
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 600-5502 / (914) 600-5544
todd@CushnerLegal.com