**Cushner & Associates, P.C.**
399 Knollwood Road
Suite 205
White Plains, NY 10603
United States
914-600-5502


THE LAW OFFICE OF
Todd Cushner & Associates, P.C.

**Alyssa & Doug Berkowitz**
27 Aspen Road
Sloatsburg, NY 10974

| | |
|---|---|
| **Balance** | $13,221.23 |
| **Invoice #** | 01091 |
| **Invoice Date** | June 29, 2022 |
| **Payment Terms** | Net 15 |
| **Due Date** | July 14, 2022 |

## Alyssa & Doug Berkowitz - Chapter 13

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 09/14/2018 | TSC | Motion | Motion to Avoid Jug. Lien | $500.00 | 0.90 | $450.00 |
| 09/27/2018 | TSC | Review | Review Order Extending Stay | $500.00 | 0.10 | $50.00 |
| 02/04/2019 | TSC | Draft | Draft 506 Motion | $500.00 | 1.20 | $600.00 |
| 02/07/2019 | TSC | Draft | Draft 522 (f) Motion | $500.00 | 1.00 | $500.00 |
| 02/12/2019 | TSC | Copy, Serve & Mail | Copy & serve Motion to Void Lien (2) & amended Chapter 13 Plan | $500.00 | 2.00 | $1,000.00 |
| 03/01/2019 | TSC | Review | Review Letter withdrawing Objection to conf. | $500.00 | 0.10 | $50.00 |
| 04/24/2019 | TSC | Appearance | Loss Mit. Hearing | $500.00 | 1.00 | $500.00 |
| 06/26/2019 | TSC | Draft | Lein Strip | $500.00 | 1.00 | $500.00 |
| 11/14/2019 | AF | Document Preparation | Draft/file Chapter 13 Status Report on ECF (Preformed by AL) | $200.00 | 0.50 | $100.00 |
| 11/20/2019 | TSC | Appearance | Loss Mit. Hearing | $500.00 | 1.00 | $500.00 |
| 04/26/2020 | TSC | Review | Review Stip. and Order on Motion to Void Chase Second Mortgage | $500.00 | 0.50 | $250.00 |
| 05/07/2020 | TSC | Review | Review MFRS by PHH Mortgage | $500.00 | 0.40 | $200.00 |
| 08/06/2020 | TSC | Phone Call | 3- phone calls w/client and amend and file plan. | $500.00 | 2.50 | $1,250.00 |
| 08/13/2020 | TSC | Status Report | Status Report to Court | $500.00 | 0.10 | $50.00 |
| 10/05/2020 | TSC | Review | Review Transfer Agreement | $500.00 | 0.20 | $100.00 |
| 10/07/2020 | TSC | Draft | Draft NOP retain broker | $500.00 | 1.50 | $750.00 |
| 10/07/2020 | TSC | Phone Call | Phone convo. w/ client re: sale of Disney time share | $500.00 | 0.20 | $100.00 |
| 10/07/2020 | TSC | Phone Call | Phone call with proposed broker | $500.00 | 0.20 | $100.00 |
| 10/28/2020 | TSC | Draft | Draft & file NOP employ broker | $500.00 | 1.50 | $750.00 |
| 10/28/2020 | TSC | Draft | Draft sale motion | $500.00 | 1.50 | $750.00 |

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 11/13/2020 | TSC | Consider | Review Order | $500.00 | 0.10 | $50.00 |
| 11/19/2020 | TSC | File | Submit order approving sale motion | $500.00 | 0.20 | $100.00 |
| 11/19/2020 | TSC | Email | Email broker with status update on sale motions | $500.00 | 0.10 | $50.00 |
| 12/06/2020 | TSC | Review | Review Orders Avoiding Liens | $500.00 | 0.10 | $50.00 |
| 12/06/2020 | TSC | Review | Review Order Approving | $500.00 | 0.20 | $100.00 |
| 12/10/2020 | TSC | Review | Review Order Application Loss Mit. | $500.00 | 0.10 | $50.00 |
| 12/18/2020 | TSC | Loss Mitigation | Loss Mit. Application | $500.00 | 0.20 | $100.00 |
| 01/19/2021 | AML | Loss Mitigation | Affidavit of Service on Loss Mit. | $200.00 | 0.10 | $20.00 |
| 01/21/2021 | TSC | Letter | Status Letter to Court | $500.00 | 0.20 | $100.00 |
| 03/04/2021 | TSC | Review | Review Loss Mit. Affidavit | $500.00 | 0.20 | $100.00 |
| 03/18/2021 | TSC | Amend CH 13 Plan | 4th Amended Chapter 13 Plan | $500.00 | 0.40 | $200.00 |
| 04/28/2021 | TSC | Closing | Closing Report on Sale of Time Share | $500.00 | 0.50 | $250.00 |
| 04/30/2021 | TSC | Review | Review Status Report by Lender | $500.00 | 0.20 | $100.00 |
| 05/05/2021 | TSC | Hearing | Loss Mit. Hearing | $500.00 | 1.00 | $500.00 |
| 05/20/2021 | TSC | Review | Review Order Approving Sale | $500.00 | 0.20 | $100.00 |
| 06/19/2021 | TSC | Review | Review Status Repot by Lender | $500.00 | 0.20 | $100.00 |
| 02/18/2022 | TSC | Loss Mitigation | Loss Mit. on Gregory Funding | $500.00 | 0.30 | $150.00 |
| 02/18/2022 | TSC | AOS | Affidavit of Service | $500.00 | 0.10 | $50.00 |
| 03/01/2022 | TSC | Review | Review Objection to Loss Mit. | $500.00 | 0.40 | $200.00 |
| 03/17/2022 | TSC | Hearing | Loss mit. hearing | $500.00 | 1.00 | $500.00 |
| 03/17/2022 | TSC | Hearing | Loss Mit. Hearing | $500.00 | 1.00 | $500.00 |
| 03/28/2022 | TSC | Motion | Motion to Dismiss | $500.00 | 0.30 | $150.00 |
| 04/20/2022 | TSC | Review | Review Trustee Withdrawal of Motion to Dismiss | $500.00 | 0.10 | $50.00 |
| 04/22/2022 | TSC | Review | Review Lenders Status Report | $500.00 | 0.10 | $50.00 |
| 05/02/2022 | TSC | Motion | Motion to approve Loan Mod. | $500.00 | 0.40 | $200.00 |
| 06/16/2022 | TSC | Hearing | Loss Mit. Hearing | $500.00 | 1.00 | $500.00 |
| 06/29/2022 | TSC | Motion | Motion to Shorten Time to Consider Debtors Sale | $500.00 | 0.40 | $200.00 |
| **Non-billable Time Entries:** | | | | | | |
| 09/25/2018 | TSC | Draft | Draft email/submit Proposed Order to RDD chambers granting Motion to Extend Stay | $500.00 | 0.50 | $250.00 |
| 10/12/2018 | AF | Phone Call | 3 calls w/ client re: vacation rental property/341a meeting | $200.00 | 0.30 | $60.00 |
| 01/29/2019 | AF | Phone Call | Call w/ Court re: adjournment of 1/30 confirmation hearing, draft & file Notice of Adjournment on ECF | $200.00 | 0.20 | $40.00 |
| 09/05/2019 | AF | Document Preparation | Draft/file adjournment letter on ECF | $200.00 | 0.20 | $40.00 |
| | | | | Totals: | 27.70 | $13,070.00 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 09/05/2018 | AF | Postage | Postage Cost - Chapter 13 Plan | $0.47 | 18.0 | $8.46 |
| 02/12/2019 | AF | Postage | Motion to Void Liens (2) & Amended Chapter 13 Plan to Judge Drain | $3.27 | 1.0 | $3.27 |

| 02/12/2019 | AF | Postage | Postage Cost - Motion to Void Liens (2) & Amended Chapter 13 Plan | $2.35 | 23.0 | $54.05 |
|---|---|---|---|---|---|---|
| 08/12/2020 | LM | Postage | Postage- CH 13 Plan | $0.65 | 25.0 | $16.25 |
| 08/12/2020 | LM | Postage | CH 13 Plan | $0.65 | 3.0 | $1.95 |
| 10/28/2020 | LM | Postage | Notice of Presentment | $0.65 | 29.0 | $18.85 |
| 10/30/2020 | LM | Postage | Motion to shorten time for NOH- sale motion | $1.60 | 29.0 | $46.40 |
| 10/30/2020 | LM | Postage | Motion to shorten time for NOH to UST | $2.00 | 1.0 | $2.00 |

Expense Total: **$151.23**

| Terms & Conditions: | |
|---|---|
| You can call in a debit card payment on your account. | |

| | |
|---|---|
| Time Entry Sub-Total: | $13,070.00 |
| Expense Sub-Total: | $151.23 |
| Sub-Total: | $13,221.23 |
| Total: | $13,221.23 |
| Amount Paid: | $0.00 |
| **Balance Due:** | **$13,221.23** |

## Account Summary

### Alyssa & Doug Berkowitz's Trust History

Balance As Of 06/29/2022: $0.00

| Date | Related To | Details | Amount | Balance |
|---|---|---|---|---|
| | | | | |

### Alyssa & Doug Berkowitz's Credit History

Balance As Of 06/29/2022: $0.00

| Date | Related To | Details | Amount | Balance |
|---|---|---|---|---|
| | | | | |